UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DYSON,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN, CALIFORNIA CORRECTIONAL INSTITUTION,<br><br>               Respondent. | No. 2:18-cv-2700 WBS CKD P<br><br><br>ORDER |

       Petitioner has requested a ninety-day extension of time to file a response to the pending motion to dismiss. (ECF No. 16.) The current deadline to respond is January 14, 2019. The motion does not provide any explanation as to why petitioner requires an extension of time, let alone why he requires such a lengthy extension. The request will therefore be granted only in part. If petitioner requires additional time to file his response to the motion to dismiss, he may file another motion for extension of time. However, the motion must explain why he needs the amount of time requested and why he has not been able to complete his response in the time he has already been given.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Petitioner's request for an extension of time (ECF No. 16) is granted in part; and

////

////

2. Petitioner shall have an additional thirty days, up to February 11, 2019, to file a response to respondent's motion to dismiss.

Dated: December 27, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:dyso2700.111