UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DYSON,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | No. 2:18-cv-2700 WBS CKD P<br><br>ORDER |

Petitioner has filed a request for reconsideration of this court's order filed August 14, 2019, which granted respondent's motion to dismiss and dismissed the petition as untimely (ECF No. 26). (ECF No. 28.) Petitioner has failed to demonstrate any new or different facts or circumstances which did not exist or were not shown upon the prior motion. See L.R. 230(j). Accordingly, the motion for reconsideration is DENIED.

Dated: September 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dyso2700.950

1